United States District Court

Eastern District of California

Dennis Patrick McNight,

      Petitioner,           No. Civ. S 05-2262 LKK PAN P

   vs.                        Order

United States District
Court, et al.,

      Respondents.

-oOo-

    Petitioner, a state prisoner without counsel, has applied for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the $5 filing fee. See 28 U.S.C. § 1914(a).

    Petitioner names the United States District Court and the Attorney General of the State of California as respondents. The proper respondent is "the state officer who has custody" of petitioner, who typically is the warden of the prison where petitioner is confined. Rule 2(a), Rules Governing § 2254 Cases; Advisory Committee Notes to Rule 2(a).

1    Accordingly, petitioner has 30 days from the date this order

2    is signed to file an amended petition naming the proper

3    respondent.   Otherwise this action will be dismissed without

4    prejudice.   The Clerk of the Court is directed to send to

5    petitioner the form application for a writ of habeas corpus by a

6    state prisoner used in this court.

7        So ordered.

8        Dated:   November 15, 2005.

9                                    /s/ Peter A. Nowinski

10                                   PETER A. NOWINSKI
                                     Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26