IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DENNIS PATRICK MCKNIGHT,** | CIV S 05-2262 LKK PAN P |
| Petitioner, | **ORDER** |
| v. | |
| **D. L. RUNNELS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING;

IT IS ORDERED that Respondent's application for a 30-day enlargement of time is granted.  The response to the petition for writ of habeas corpus shall be filed on or before March 21, 2006.

Dated: March 1, 2006.

UNITED STATES MAGISTRATE JUDGE

/mckn2262.d eot

[Proposed] Order

1