UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ORDER OF REASSIGNMENT

Pursuant to the Retirement of Judge Peter A. Nowinski, and good cause appearing therefore:

IT IS HEREBY ORDERED this action is reassigned from **Magistrate Judge** Peter A. Nowinski to **Magistrate Judge** Edmund F. Brennan for all purposes.

The new case number for this action, which must be used on all future documents filed with the court, is: 2:06-cv-2268 LLK EFB.

All dates currently set in this reassigned actions shall remain pending subject to further order of the court.

Dated:  **January 17, 2008**

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```