IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS PATRICK MCKNIGHT,

    Petitioner,                    No. CIV S-05-2262 LKK EFB P

    vs.

D. L. RUNNELS, Warden,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 20, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On August 21, 2008, petitioner filed objections. Respondent filed a reply thereto on August 26, 2008. On September 4, 2008, petitioner filed supplemental objections and respondent filed a supplemental reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

1 | file, the court finds the findings and recommendations to be supported by the record and by
2 | proper analysis.
3 |     Accordingly, IT IS HEREBY ORDERED that:
4 |     1. The findings and recommendations filed August 20, 2008, are adopted in full;
5 | and
6 |     2. Petitioner's January 17, 2008, motion for relief from the judgment is denied.
7 | DATED: September 26, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2